IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEPHEN ROBINSON,

    Petitioner,

v.                                        CASE NO. 4:05-cv-00142-MP-EMT

JAMES CROSBY,
JAMES R MCDONOUGH,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 21, Report and Recommendation of the Magistrate Judge, recommending that this matter be dismissed. The time for filing objections has passed and none have been filed. The Court agrees that under the doctrine of Stone v. Powell, 428 U.S. 465, 96 S. Ct. 3037, 49 L. Ed. 2d 1067 (1976), Petitioner's Fourth Amendment claims are not cognizable on federal habeas review because Petitioner had a full and fair opportunity to litigate the claims in state court. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this _27th_ day of April, 2007

                                    *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge